# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

**SINPRASEUT PHOMMA**

Debtor(s)
_____

In Chapter 13 Proceeding
No. 18-12071-TWD

**ORDER APPROVING CONFIRMATION OF AMENDED CHAPTER 13 PLAN filed 10/2/18.**

IT IS HEREBY ORDERED that the Debtors' Motion to Confirm their Chapter 13 Plan filed 10/2/18 is approved and that the Chapter 13 Trustee may enter his recommendation for confirmation.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992
Attorney for Debtor

ORDER CONFIRMING
CHAPTER 13 MODIFIED PLAN    1

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958